IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV - 1 2007

Civil Action No. **07 - CV - 02307 BnB**

GREGORY C. LANGHAM
CLERK

(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)

EUGENE GREGORY WALLIN, #122519,

    Applicant,

v.

WARDEN KEVIN MILYARD, Sterling Corr. Facility, and
THE ATTORNEY GENERAL OF THE STATE OF [COLORADO], JOHN SUTHERS,

    Respondents.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING APPLICANT TO CURE DEFICIENCY

Applicant has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Applicant will be directed to cure the following if he wishes to pursue his claims. Any papers which the Applicant files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   ___   is not submitted
(2)   ___   is missing affidavit

(3)   X      is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing (<u>Account statement submitted is not certified by a prison official</u>.)
(4)   ___    is missing required financial information
(5)   ___    is missing an original signature by the prisoner
(6)   ___    is not on proper form (must use the court's current form)
(7)   ___    names in caption do not match names in caption of complaint, petition or habeas application
(8)   ___    An original and a copy have not been received by the court. Only an original has been received.
(9)   ___    other:_____.

**Complaint, Petition or Application:**
(10)  ___    is not submitted
(11)  ___    is not on proper form (must use the court's current form)
(12)  ___    is missing an original signature by the prisoner
(13)  ___    is missing page nos. ___
(14)  ___    uses et al. instead of listing all parties in caption
(15)  ___    An original and a copy have not been received by the court. Only an original has been received.
(16)  ___    Sufficient copies to serve each defendant/respondent have not been received by the court.
(17)  ___    names in caption do not match names in text
(18)  ___    other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Applicant cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Applicant files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that, if the Applicant fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the application and

the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 1st day of November, 2007.

BY THE COURT:

*Boyd N. Boland*
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-CV-02307

Eugene G. Wallin
Reg. No. 122519
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  11-1-07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk