IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-02307-WYD-MJW

EUGENE GREGORY WALLIN,

    Applicant,

v.

WARDEN KEVIN MILYARD, Sterling Correctional Facility; and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO, JOHN SUTHERS,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    This matter is before me on the request that the applicant, Eugene Gregory Wallin, submitted to and filed with the court on December 10, 2007, seeking to add additional respondents to this action. The request is **DENIED**. Rule 2 of the Rules Governing Section 2254 Cases in the United States District Courts lists the only proper respondents in a habeas corpus action. This matter also is before me on the motion that Mr. Wallin submitted to and filed with the court on January 8, 2008, seeking an extension of time in which to respond to the respondents' answer. The motion for extension of time is **GRANTED**. Mr. Wallin will be allowed **up to and including January 29, 2008**, in which to respond to the respondents' answer.

    Dated: January 9, 2008