IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-02307-WYD-MJW

EUGENE GREGORY WALLIN,

    Applicant,

v.

WARDEN KEVIN MILYARD, Sterling Correctional Facility; and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO, JOHN SUTHERS,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    This matter is before me on the motion titled "Motion for Status of the Current Writ of Habeas Corpus Petition" submitted to and filed with the court by Applicant, Eugene Gregory Wallin, on May 13, 2008 (docket #20). The clerk of the court is directed to mail to Mr. Wallin, together with a copy of this minute order, a copy of the court's docket sheet for this action.

    Dated: May 14, 2008