IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02307-WYD-MJW

EUGENE GREGORY WALLIN,

    Applicant,

v.

WARDEN KEVIN MILYARD, Sterling Correctional Facility; and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO, JOHN SUTHERS,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    This matter is before the Court on the motion titled "Motion for Status" submitted to and filed with the court by Applicant, Eugene Gregory Wallin, on December 8, 2008 [#25]. Applicant is advised that his petition remains under advisement. The clerk of the court is directed to mail to Mr. Wallin, together with a copy of this minute order, a copy of the court's docket sheet for this action.

    Dated: December 9, 2008